# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
## in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Micheal A Coleman

(Enter above full name of plaintiff or plaintiffs)

v.

Deputy Hardy CCSO, Shane Glasco GCPD, Anthony Burton, Chatham County Detention Center, Sheriff John Wilcher

(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes ____    No __X__

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

       Plaintiffs: N/A

       Defendants: N/A

    2. Court (if federal court, name the district; if state court, name the county): N/A

    3. Docket number: N/A

    4. Name of judge assigned to case: N/A

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes ____ No __X__

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?   Yes ____ No __X__

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

2. Court (name the district):
   N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes ___ No _X_

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes ___ No _X_

   1. If your answer to C is yes, name the court and docket number for each case:

   N/A                               N/A

II. Place of present confinement: Chatham County Detention Center

   A. Is there a prisoner grievance procedure in this institution? Yes _X_ No ___

   B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes ___ No _X_

   C. If your answer to B is yes:

      1. What steps did you take? N/A

      2. What was the result? N/A

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ___ No _X_

If yes, what was the result? N/A

D. If you did not utilize the prison grievance procedure, explain why not: Because the issue isn't with any problems in the jail.

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Micheal A Coleman
Address: 1050 Carl Griffin Drive
Savannah Georgia 31405
Chatham County Detention Center

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Shane Glasco
Position: Investigator
Place of employment: Garden City Police Department
Current address: Unknown

C. Additional defendants: Deputy Hardy Chatham County Sheriff Office, Anthony Burton Eastern Judicial Circuit District Attorney Office, Chatham County Detention Center, Chatham County Sheriff John Wilcher, Effingham County Jail, Sheriff Jimmy McDuffie

4

IV: Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am being held in the Chatham County Detention Center by a false "true bill" indictment by Anthony Burton the charges that I was indicted on was alledgedly committed in 2017 and 2018 the indictment was presented and returned 2021 in which the Assistant District Attorney Anthony Burton is no longer employed with that office. I was arrested on September 27, 2022 due to missing a court hearing. Effingham County jail is where I was detained and they failed to take me to court in Chatham County, they failed to notify me about court. Chatham County Detention Center is holding me on this charge when I should be released. The Sheriff is who authorized for me to be held here when this current facility isn't accepting these charges.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for this court to compensate me for 17 days being incarcerated unlawfully, And dismiss all pending charges in the Superior Court of Chatham county.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of October, 20 22.

Prisoner No. P1201160

(Signature of Plaintiff)

Micheal Coleman
1050 Carl Griffin Drive
Savannah GA 31405

JACKSONVILLE FL 320
13 OCT 2022 PM 4

United States District Court
P.O Box 8286
Savannah, GA 31412