AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL A. COLEMAN,

Plaintiff,

v.

DEPUTY HARDY, Chatham County Sheriff Office; SHANE GLASCO, Investigator, GCPD; ANTHONY BURTON, Eastern Judicial Circuit District Attorney Office; CHATHAM COUNTY DETENTION CENTER; SHERIFF JOHN WILCHER, Chatham County; EFFINGHAM COUNTY JAIL; and SHERIFF JIMMY MCDUFFIE; Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV422-242

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated December 27, 2022 adopting the Report and Recommendation of the U.S. Magstrate Judge as the opinion of this Court, Plaintiff's Complaint is dismissed without prejudice.  This case stands closed.



December 27, 2022  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020